No. 174. CLARKE ET AL. *v.* HOT SPRINGS ELECTRIC LIGHT & POWER CO. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Wm. J. Hughes, Jr.,* and *O. Ellery Edwards* for petitioners. No appearance for respondents.

No. 175. HOWARD *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harry C. Howard* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Hayner N. Larson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 178. SCOTT, TRUSTEE, *v.* HAMILTON NATIONAL BANK; and
No. 179. SAME *v.* CHATTANOOGA FINANCE CO. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James H. Anderson* for petitioner. *Mr. John H. Cantrell* for the Hamilton National Bank. *Mr. J. B. Sizer* for the Chattanooga Finance Co.

No. 181. BRADY *v.* WABASH RY. CO. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. John S. Marsalek* and *William H. Allen* for petitioner. *Messrs. W. H. Woodward* and *Homer Hall* for respondent.

No. 183. STONE & DOWNER CO. ET AL. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari